UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICARDO INHAN | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF, | : 3:02 CV0213(GLG) |
| | : |
| v. | : |
| | : |
| NORTHEAST MARKETING GROUP | : NOVEMBER 22, 2003 |
| | : |
| DEFENDANT | : |

FILED
Nov 25
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION TO WITHDRAW APPEARANCE

Counsel for the plaintiff, Michael J. Melly, respectfully requests that the court withdraw his appearance in this matter. Attorney Melly is no longer associated with The Employment Law Group, LLC. The plaintiff continues to be represented by Eugene Axelrod in this matter.

_____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue #4
New London, CT 06320
Tel: (860) 447-1990
Cell: (860) 989-9613

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed on   11/22/03

To:
Ricardo Inhan
C/0 Eugene Axelrod
8 Lunar Dr.
Woodbridge, CT 06525

Eugene Axelrod
8 Lunar Dr.
Woodbridge, CT 06525

Louis Federici
Angela Offredi
Parrett, Porto, Parese & Colwell
2319 Whitney Avenue
Hamden, CT 06518

                                            _____
                                            Michael J. Melly