UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICARDO INHAN | CIVIL ACTION NO. |
| PLAINTIFF, | 3:02 CV0213(GLG) |
| v. | |
| NORTHEAST MARKETING GROUP | NOVEMBER 22, 2003 |
| DEFENDANT | |

FILED NOV 25

## MOTION TO WITHDRAW APPEARANCE

Counsel for the plaintiff, Michael J. Melly, respectfully requests that the court withdraw his appearance in this matter. Attorney Melly is no longer associated with The Employment Law Group, LLC. The plaintiff continues to be represented by Eugene Axelrod in this matter.

Motion GRANTED
Gerard L. Goettel, USDJ
12/1/03

FILED DEC 2 2 00 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue #4
New London, CT 06320
Tel: (860) 447-1990
Cell: (860) 989-9613