FILED

2003 DEC -5 P 12: 29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., ET AL., DEFENDANTS | : | November 14, 2003 |

### DEFENDANT'S MOTION TO COMPEL

The Defendant's, pursuant to Federal Rule of Civil Procedure Rule 37(B), move the Court for an Order compelling the Plaintiff to more fully respond to the Interrogatories and Request for Production dated September 13, 2002. The Plaintiff provided incomplete compliance to the Defendants discovery requests. More specifically, the Plaintiff has failed to provide the Defendant with a signed authorization form to obtain his tax documents. In support of their motion, the Defendants submit the following memorandum of law.

THE DEFENDANTS,

BY: _____
LOUIS M. FEDERICI, ESQ.
Federal Bar No.: CT02374
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number: (203) 281-2700
Facsimile Number: (203) 281-0700

I:\Employment\NRTHEAST\Discovery\M2compel3.doc

## ORDER

The foregoing Motion having been heard, it is hereby, **ORDERED:**

**GRANTED / DENIED.**

BY THE COURT

_____
JUDGE / CLERK

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 14th day of November, 2003 to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, Connecticut 06525.

_____
Louis M. Federici
Commissioner of the District Court