UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 4  3 31 PM '03

| | |
|---|---|
| RICARDO INHAN, | CIVIL ACTION NO: |
| Plaintiff, | 3:02CV0213 (GLG) |
| VS. | |
| NORTHEAST MARKETING GROUP, L.L.C., | |
| Defendant. | December 3, 2003 |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DATED NOVEMBER 14, 2003

The Plaintiff, Ricardo Inhan, hereby responds to the Defendant's Motion to Compel dated November 14, 2003. Upon review of the file, it has been discovered that the signed authorization form was never returned to the undersigned attorney. The undersigned has contacted the Plaintiff, who resides in Florida, has provided him with a new form and has directed him to return the signed form at once, so that it may be provided to the Defendant.

The Plaintiff,
Ricardo Inhan

By: _____
Eugene N. Axelrod (CT00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
(203) 389-2656

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this date, postage prepaid to the following:

Louis M. Federici, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518

12/3/03
Date

Melissa Toddy
Commissioner of the Superior Court