UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 12  3 49 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTON NO. |
| | : | 3:02 CV 0213 (GLG) |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP LLC | : | December 10, 2003 |
| | : | |
| DEFENDANT. | : | |

## NOTICE OF FILING THIRD AMENDED COMPLAINT

Plaintiff, Ricardo Inhan, hereby gives notice that he has on this day filed its Third Amended Complaint in accordance with the order of the court dated July 21, 2003.

The Plaintiff,
Ricardo Inhan

By: _____
Eugene N. Axelrod, Esq. (CT00309)
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel: 203.389.6526
Fax: 203.389.2656

## CERTIFICATION

Pursuant to Fed. R. Civ. P Rule 5 (b), I hereby certify that a copy of the foregoing was mailed on this date to the following:

Louis M. Federici, Esq.
Angela M. Offredi, Esq.
Parrett, Porto, Parese, & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518

12/10/03
Date

Melissa Toddy
Commissioner of the Superior Court

2