**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

-----------------------------------------------------------x

RICHARD INHAN         :
               :
    **Plaintiff**       :   3:02CV0213 (GLG)
               :
v.               :
               :
NORTHEAST MARKETING GROUP, LLC, :
               :
    **Defendant**      :

-----------------------------------------------------------x

## RULING ON MOTION TO COMPEL

   Currently pending are defendant's motion to compel (Docs. # 105).

   Plaintiff's counsel has represented he has no opposition to defendant's request for

income tax returns and is attempting to obtain the appropriate authorizations from his client.

Therefore, defendant's motion is GRANTED in the absence of opposition.

     SO ORDERED, this the 18th day of December, 2003 at Bridgeport,

Connecticut.


            */s/ William I. Garfinkel*
            William I. Garfinkel
            United States Magistrate Judge