UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN, | : | CIVIL ACTION NO. |
| | : | 3:02CV0213 (GLG) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., | : | |
| | : | |
| Defendant. | : | January 19, 2004 |

**SUPPLEMENTAL MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF IN FURTHER SUPPORT OF HIS MOTION TO COMPEL DISCOVERY COMPLIANCE**

Pursuant to Fed. R. Civ. P. 6 (b), the Plaintiff, Ricardo Inhan, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a ten (10) day enlargement of time, up to and including January 26, 2004, within which to file a Reply Brief in Further Support of Plaintiff's Motion to Compel Discovery Compliance. In support of this request the Plaintiff represents as follows:

1. This request was previously timely filed, but in the wrong court, Bridgeport, and was returned to counsel for Plaintiff January 19, 2004.

2. Plaintiff filed a Motion to Compel Discovery Compliance on or about December 15, 2003.

3. Defendant filed a Memorandum in Opposition to Plaintiff's Motion to Compel on or about December 31, 2003.

4. Plaintiff's Reply Brief would otherwise be due on January 15, 2004.

5. This is a small law office with three (3) attorneys.

6. For the past several weeks, the undersigned and one associate have been deeply involved in the preparation for an upcoming federal trial for the case <u>Massaro v. Allingtown Fire District, etal.</u>, Case No. 3:02CV537 (PCD).

7. Additionally, the undersigned and one associate have been busy completing a Memorandum in Opposition to Summary Judgment for <u>Cesca v. Pepsi Bottling Group</u>, Docket No. CV-02-0815520, due January 16, 2004.

8. Counsel requests this brief enlargement of time in which to complete Plaintiff's Reply Brief.

9. Counsel for Plaintiff has inquired of opposing counsel, Angela Offredi, Esq., who is in agreement with this request.

10. This is Plaintiff's first request for an extension in this matter.

                                            Respectfully submitted,

                                            The Plaintiff
Ricardo Inhan

By _____
Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525
Federal Bar No. CT00309
(203) 389-6526

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date via first class mail to the following:

Angela M. Offredi, Esq.
Louis M. Federici, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Suite 1D
Hamden, CT 06518

Date 1/17/04

Eugene N. Axelrod