UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | FEBRUARY 4, 2004 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO COMPEL DISCOVERY COMPLIANCE

The Defendant, Northeast Marketing Group, LLC, respectfully requests pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule 9(b) that the Court allow an enlargement of time until February 16, 2004, within which to file a surreply to Plaintiff's Reply Brief in Further Support of Motion to Compel Discovery Compliance filed January 26, 2004. Counsel for Defendant received Plaintiff's Reply Brief on January 27th, 2004. This is first request for enlargement of time in which to respond to Plaintiff's Reply Brief. Counsel for Defendant contacted Counsel for Plaintiff on February 2, 2004, to request an extension of time, to which Counsel for Plaintiff objected.

**Procedural Background**

1. The Plaintiff commenced this action on February 5, 2002 alleging violations of Title VII of the Civil Rights Act of 1964. More specifically, the Plaintiff has alleged discrimination based on race, retaliation, and hostile work environment.

Plaintiff joined the state law claims of breach of implied contract and defamation to his federal action.

2. Plaintiff filed a Motion to Compel Discovery Compliance on or about December 15, 2003.

3. Defendant filed a Memorandum in Opposition to Plaintiff's Motion to Compel on or about December 31, 2003.

4. Plaintiff filed a Motion for Enlargement of Time to Respond to Defendant's Opposition on or about January 19, 2004.

5. On January 27, 2004, counsel for Defendant received Plaintiff's Reply Brief to the Motion to Compel Discovery Compliance.

6. Counsel for the Defendant spoke with Counsel for Plaintiff on February 2, 2004, who objected to the instant request for enlargement of time.

7. This is the first request for an extension of time to file the surreply.

8. As the pleadings are not yet closed, there will be no prejudice to either party by the granting of this brief extension of time.

THE DEFENDANT,

BY: _____
ANGELA M. OFFREDI, ESQ.
Federal Bar Number: CT23964
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number: (203) 281-2700
Facsimile Number: (203) 281-0700

## ORDER

The foregoing Motion having been presented, IT IS HEREBY ORDERED:

**SUSTAINED / OVERRULED.**

THE COURT

BY:_____
                    JUDGE/CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 6th day of February, 2004 to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, Connecticut  06525

_____
Angela M. Offredi
Commissioner of the District Court