

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | FEBRUARY 16, 2003 |

### DEFENDANT'S SURREPLY TO PLAINTIFF'S REPLY BRIEF DATED JANUARY 26, 2004 IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION DATED DECEMBER 15, 2003

The Defendant files the instant sur-reply brief to introduce new facts which will aid the trier in determining whether to grant or deny Plaintiff's motion to compel. As more fully set forth in Defendant's Opposition to the Motion to Compel dated December 31, 2003, the Defendant validly objected to those portions of Plaintiff's requests.

The filing of a sur-reply brief is not strictly prohibited by any Federal or Local Rule. Moreover, as plaintiff points out in its objection, the filing of a sur-reply is appropriate when introducing new facts.[1]

The defendant, in objecting to the disclosure of employee names and addresses further submits to the Court that another substantial reason for objecting to the disclosure is based

---

[1] Plaintiff fails to cite any cases from the District of Connecticut or from the Second Circuit prohibiting the filing of a sur-reply brief in its objection to Defendant's filing of such a brief.

upon the Plaintiff's prior history. Richard Scavilla, an employee of Defendant, and his wife received a telephone message from Mr. Inhan that can only be described as offensive. While that phone call occurred a number of years ago, it is the perfect example of how the Plaintiff will abuse this information if disclosed to him.

Moreover, the Defendant has a relevant and protectable interest in not being unduly burdened by the instant request for production for all employee names and addresses including phone numbers and email addresses.

In addition, the Defendant maintains its objections to the Plaintiff's third set of discovery related to certain documents produced at the deposition of Mr. Curry as irrelevant to the underlying claims made by the Plaintiff.

THE DEFENDANT,

BY: _____
ANGELA M. OFFREDI, ESQ.
Federal Bar Number: CT 23964
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number: (203) 281-2700
Facsimile Number: (203) 281-0700

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via facsimile on this 16th day of February, 2004 to Eugene Axelrod, Esq., The Employment Law Group, 8 Lunar Drive, Woodbridge, Connecticut 06525.

*Angela Offredi* (signature)
Angela M. Offredi
Commissioner of the Superior Court

I:\Employment\NRTHEAST\Discovery\Surreplyopp2m2compl12-15-03.doc