FILED

FEB 23  3 09 PM '04

US DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | FEBRUARY 20, 2004 |

## DEFENDANT'S MOTION TO COMPEL

The Defendant, pursuant to Federal Rule of Civil Procedure Rule 36(a), moves the Court for an Order compelling the Plaintiff to either admit or deny the Requests for Admissions dated December 2, 2003. The Plaintiff objected to each and every request made therein as overly broad and vague, not relevant, inflammatory, or designed to annoy and harass the plaintiff. The Plaintiff's objections are baseless given the fact that the Plaintiff is alleging he was discriminated against by the Defendant corporation on the basis of his race and national origin. The Requests are narrowly tailored to issues of the Plaintiff's prior characterization of his ethnicity, his employment at the Defendant corporation, and his credibility. Therefore, any objections made by Plaintiff should be overruled. In support of its motion, the Defendant submits the following memorandum of law and certification of good faith effort to resolve the discovery dispute.

I:\Employment\NRTHEAST\Discovery\M2compel4.doc

THE DEFENDANT

BY: *[signature: Angela Offredi]*
ANGELA M. OFFREDI
Federal Bar No.: CT23964
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number: (203) 281-2700
Facsimile Number: (203) 281-0700

**ORDER**

The foregoing Motion having been heard, it is hereby, **ORDERED:**

**GRANTED   /   DENIED**.

BY THE COURT

_____

JUDGE   /   CLERK

I:\Employment\NRTHEAST\Discovery\M2compel4.doc

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of February, 2004 to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, Connecticut 06525.

_____
Angela M. Offredi
Commissioner of the Superior Court

I:\Employment\NRTHEAST\Discovery\M2compel4.doc

4