UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | MARCH 5, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Counsel for the Defendant, Angela M. Offredi, respectfully requests that the court withdraw her appearance in this matter. Attorney Offredi has taken a position in another law firm. The Defendant continues to be represented by the firm of Parrett, Porto, Parese & Colwell, P.C. in this matter.

THE DEFENDANT,

BY: _____
ANGELA M. OFFREDI
Federal Bar Number: CT23964
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number: (203) 281-2700
Facsimile Number: (203) 281-0700

I:\Employment\NRTHEAST\Pleadings\M2WithdrawAppear.doc

## ORDER

The foregoing Objection having been presented, IT IS HEREBY ORDERED:

**SUSTAINED / OVERRULED.**

THE COURT

BY:_____
JUDGE/CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid this ____ day of March, 2004 to

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, Connecticut 06525

_____
Angela M. Offredi
Commissioner of the District Court

I:\Employment\NRTHEAST\Pleadings\M2WithdrawAppear.doc