UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN, | : | CIVIL ACTION NO: |
| | : | 3:02CV0213 (GLG) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., | : | |
| | : | |
| Defendant. | : | March 10, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 6 (b), the Plaintiff, Ricardo Inhan, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a thirty (30) day enlargement of time, up to and including April 12, 2004, within which to file a Memorandum of Law in Opposition to Defendant's Motion to Compel, dated February 20, 2004.  In support of this request the Plaintiff represents as follows:

1. Defendant filed a Motion to Compel on or about February 20, 2004.

2. Plaintiff's Memorandum in Opposition would otherwise be due on March 12, 2004.

3. Counsel requests this enlargement of time in which to file a Memorandum in Opposition.

4. Counsel for Plaintiff has inquired of opposing counsel, Louis M. Federici, Esq., who has indicated that he will object to this request.

PDF created with pdfFactory trial version www.pdffactory.com

5.  Defendant will not be prejudiced by this request.

6.  This is the first request for an extension in this matter.

          Respectfully submitted,

          The Plaintiff
          Ricardo Inhan


          By _____
          Eugene N. Axelrod, Esq.
          The Employment Law Group
          8 Lunar Drive
          Woodbridge, CT  06525
          Federal Bar No. CT00309
          (203) 389-6526

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this date via first class mail to the following:

Louis M. Federici, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Suite 1D
Hamden, CT  06518

_____             _____
Date                                                                 Eugene N. Axelrod

PDF created with pdfFactory trial version www.pdffactory.com