FILED

APR 7  1 51 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., ET AL., DEFENDANTS | : | APRIL 5, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT AT NEW HAVEN:

Enter my appearance as counsel for the Defendants, Northeast Marketing Group, LLC, Byron Brewer, Sr. and Byron Brewer, Jr., in the above-entitled case.

Dated at Hamden, Connecticut this 5th day of April, 2004.

THE DEFENDANTS
NORTHEAST MARKETING GROUP, L.L.C.

BY: _____
Attorney Michael S. Wrona
Federal Bar Number: ct24105
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number: (203) 281-2700
Facsimile Number: (203) 281-0700

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 5th day of April, 2004 to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, Connecticut  06525


_____
Michael S. Wrona
Commissioner of the District Court

I:\Employment\NRTHEAST\Pleadings\Appearance-msw.DOC