FILED

APR 7  1 51 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | APRIL 5, 2004 |

## DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER TO ALLOW ADDITIONAL DISCOVERY

The Defendant, pursuant to Federal Rule of Civil Procedure Rule 16(b), moves the Court for an Order modifying the Scheduling Order entered by the Court on August 26, 2002. The reason for such request is due to the plaintiff's disclosure of correspondence (e-mail dated September 11, 2000) allegedly produced by an employee of the defendant. The defendant was provided this scurrilous item by way of letter from plaintiff's counsel dated March 5, 2004. As such, the defendant was not aware of such correspondence during the discovery phase of this case as set forth in the Court's Scheduling Order. Discovery, pursuant to the Order, was to have ceased on May 8, 2003.

Lee-Ann Lionetti vehemently denies producing this e-mail. Moreover, on information and belief, the defendant contends this item was created by the plaintiff. In support of this Motion, the defendant has attached the Affidavits of Lee-Ann Lionetti and Byron Brewer.

I:\Employment\NRTHEAST\Discovery\mot ext sch ord.doc

Therefore, the defendant respectfully requests that the Court modify the Scheduling Order for the limited purposes of allowing the defendant the opportunity to take additional depositions and /or file additional discovery for the sole purpose of determining information related to the correspondence.

THE DEFENDANT

BY: _/s/ Michael S. Wrona_
Michael S. Wrona
Federal Bar No.: CT24105
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number: (203) 281-2700
Facsimile Number: (203) 281-0700

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | APRIL 5, 2004 |

### **ORDER**

The foregoing Motion having been heard, it is hereby, **ORDERED:**

**GRANTED   /   DENIED.**

BY THE COURT

_____
JUDGE  /  CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 5th day of April, 2004 to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, Connecticut 06525.

Michael S. Wrona
Commissioner of the Superior Court

Civil Action No: 302CV0213(GLG)

## AFFIDAVIT OF BYRON BREWER, JR.

The undersigned, having been duly sworn, deposes and states the following:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I make this affidavit on personal knowledge.

3. I am the President / Member of Northeast Marketing Group, LLC, and I am familiar with its operations and personnel.

4. I have reviewed the e-mail attached hereto as Exhibit A.

5. I cannot state emphatically enough that I never received this e-mail.

6. If I had received this e-mail I would have immediately terminated the individual who sent it.

7. Such use of derogatory terms, whether spoken or in written form, would not be tolerated by Northeast Marketing Group, LLC.

8. Northeast Marketing uses Microsoft Outlook exclusively for all e-mail correspondence.

9. None of the employees of Northeast Marketing Group send company related e-mail to an American Online address.

10. The e-mail indicates the on-line mailbox of the America Online account as "Zleao". I am not aware who owns this account.

11. Lee-Ann Lionetti always refers to me as "By" in any e-mail she sends me.

12. The tracking data that would reveal the origin, date and time this e-mail was originally sent is missing from the print screen.

13. I make this affidavit under oath with the intention that it may be relied on in the case referenced above.

_____
BYRON BREWER, JR.

Subscribed and sworn to before me this 29th day of March, 2004.

_____
Commissioner of the Superior Court
Notary Public; My Commission Expires
**My Commission Expires 10/31/2008**

I:\Employment\NRTHEAST\aff byron brewer.DOC



Subj: **GE, Ricardo & Percy**
Date: 9/11/2000 3:16:36 PM Eastern Standard Time
From: lalionetti@northeastmarketing.com
To: bybrewer@aol.com

Byron, that guy from GE had called and he was mad about the part S98019. As you know, the quote was wrong and he isn't happy about it! You have to call him back ASAP before he blows his top again.
Now, about Ricardo & Percy. I think you should not allow this nigger and his bum to be taking lunch together. I told you the best thing to do is get rid of them all! They don't belong here. Let Donna and Don learn the system from Percy and you can fire their ass.

I'll see you tomorrow at 9:30 bye!

EXHIBIT A

Civil Action No: 302CV0213(GLG)

## **AFFIDAVIT OF LEE-ANN LIONETTI**

The undersigned, having been duly sworn, deposes and states the following:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I make this affidavit on personal knowledge.

3. I am an Inside Sales Manager and Office Manager for Northeast Marketing Group, LLC and I am familiar with its operations and personnel.

4. I have reviewed the e-mail attached hereto as Exhibit A.

5. I cannot state strongly enough that I never sent that e-mail nor would I ever use any of the derogatory terms used in that e-mail.

6. In addition, I am unaware of any America Online e-mail addresses that Byron Brewer, Jr. may use.

7. I am familiar with Northeast Marketing Group's numbers and procedures.

8. The part referenced in the e-mail does not exist.

9. The author of that e-mail has only limited knowledge of the relevant numbering system.

10. I would never refer to a dissatisfied customer as "that guy". Instead I would have referenced a specific individual and the relevant account.

11. In any e-mail I have sent to Byron Brewer, Jr., I refer to him as "By" not "Byron".

12. I make this affidavit under oath with the intention that it may be relied on in the case referenced above.

_____
LEE-ANN LIONETTI

Subscribed and sworn to before me this 29th day of March, 2004.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires _____
My Commission Expires 10/31/2008

I:\Employment\NRTHEAST\aff lionetti.DOC



Subj: **GE, Ricardo & Percy**
Date: 9/11/2000 3:16:36 PM Eastern Standard Time
From: lalionetti@northeastmarketing.com
To: bybrewer@aol.com

Byron, that guy from GE had called and he was mad about the part S98019. As you know, the quote was wrong and he isn't happy about it! You have to call him back ASAP before he blows his top again.
Now, about Ricardo & Percy. I think you should not allow this nigger and his bum to be taking lunch together. I told you the best thing to do is get rid of them all! They don't belong here. Let Donna and Don learn the system from Percy and you can fire their ass.

I'll see you tomorrow at 9:30  bye!

18 of 18

EXHIBIT A