UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                FILED

| | |
|---|---|
| RICARDO INHAN, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:02CV0213(GLG) |
| V. | |
| NORTHEAST MARKETING GROUP, LLC, | APRIL 22, 2004 |
| DEFENDANT. | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

The Plaintiff, by and through his attorney, responds to the Defendant's Motion to Modify Scheduling Order to Allow Additional Discovery, dated April 5, 2004, and states that he is generally not opposed to Defendant's motion insofar as it requests an enlargement of time for the Defendant to conduct further discovery related to the email recently produced by the Plaintiff. However, Plaintiff respectfully requests that the Court, in issuing any Order regarding Defendant's motion, expressly state that Court's September 23, 2003 Order, requiring that the Defendant pay for all costs, expenses and Plaintiff's attorneys fees for the continued deposition of the Plaintiff remain in force.

The Plaintiff,
Ricardo Inhan

By: _____
Eugene N. Axelrod, Esq.
The Employment Law Gropu LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
(203) 389-2656

## **CERTIFICATION**

This is to certify that, pursuant to Fed. R. Civ. P. 5(b), a copy of the foregoing has been sent this 22nd day of April, 2004 via first class mail, postage prepaid to the following:

Louis Federici, Esq.
Michael S. Wrona, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Suite 1D
Hamden, CT 06518

_____
Eugene N. Axelrod, Esq.