

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | MAY 4, 2004 |

**OBJECTION TO PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY**

The plaintiff has dated a motion on April 22, 2004 and indicates that the same has been certified to defendant's counsel on said date. However, a cover letter of April 24, 2004 is attached to the motion indicating that the same was sent to the U.S. District Court on that date. (Exhibit A) Moreover, this same document is not mailed until April 27, 2004 from New Fairfield, Connecticut, a copy of the envelope is attached hereto as Exhibit B. It is respectfully submitted that the plaintiff's response to defendant's motion for additional time dated April 5, 2004 is untimely and should be denied.

With regard to the alleged substance, the comment regarding the court's September 23 order regarding the plaintiff's continued deposition is a complete non sequitur to the request for additional discovery. Plaintiff <u>concedes</u> that the email was recently produced and there is <u>no doubt</u> that it was

I:\Employment\NRTHEAST\Pleadings\Objection2response.doc

produced beyond the close of discovery. Moreover, plaintiff states "that he is not generally opposed to the defendant's motion". The defendant, however, does not concede that the purported email should be ultimately admissible at trial. There are serious questions regarding the authenticity and provenance of the document. These are absolutely proper inquires for the defendant at this time, and are not and should not be subject to any earlier orders of the court relating to the plaintiff's deposition.

WHEREFORE, it is respectfully requested that plaintiff's response be denied and that the defendant's motion for enlargement of time to complete discovery be granted.

THE PLAINTIFF

BY: _____
LOUIS M. FEDERICI
Federal Bar No.: CT02374
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
(203) 281-2700

## ORDER

The foregoing Objection having been presented, IT IS HEREBY ORDERED: SUSTAINED/OVERRULED.

THE COURT

BY:_____
JUDGE/CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 4th day of May, 2004 to Eugene Axelrod, Esq., The Employment Law Group, 8 Lunar Drive, Woodbridge, Connecticut 06525.

_____
LOUIS M. FEDERICI

# THE EMPLOYMENT LAW GROUP, LLC
8 LUNAR DRIVE
WOODBRIDGE, CT 06525
*www.employmentlawgroup.com*

MELISSA GRANT
OFFICE MANAGER

PHONE: 203.389.6526
FAX:   203.389.2656

Via: First Class Mail

April 24, 2004

United States District Court
District of Connecticut
Clerk of the Court
141 Church Street
New Haven, CT 06510

RE: Inhan v. Northeast Marketing Group
Civil Action No. 3:02 CV 0213 (GLG)

Dear Sir or Madam:

Annexed please find the original and a copy of Plaintiff's Response to Defendant's Motion for Enlargement of Time to Complete Discovery.

Kindly file the original and return the date-stamped copy in the enclosed self-address envelope.

Sincerely,
The Employment Law Group, LLC

*[signature: Melissa Grant]*

Melissa Grant
Office Manager

EXHIBIT A

MELISSA GRANT
37 FULTON DRIVE
NEW FAIRFIELD, CT 06812

Louis Federici, Esq.
Michael S. Wrona, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue Suite 1D
Hamden, CT 06518

EXHIBIT B