UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------x
RICHARD INHAN                           :
                                        :
           Plaintiff                    :      3:02CV0213 (GLG)
v.                                      :
                                        :
NORTHEAST MARKETING GROUP, LLC,         :
                                        :
           Defendant                    :
-------------------------------------------------------------x
```

### RULING ON PENDING MOTIONS

Currently pending are plaintiff's motion to compel (Doc. #110); plaintiff's motion to for extension of time (Doc. #113); defendant's motion for extension of time, (Doc. # 115); defendant's motion to compel, (Doc. # 119); Motion for Angela M. Offredi to Withdraw as Attorney (Doc. #120); plaintiff's motion to for extension of time (Doc. #121); and defendant's motion to for extension of time (Doc. #123).

Plaintiff's motion to compel (Doc. #110) is granted in part and denied in part. Defendant shall answer Interrogatory No. 1 and shall make available for inspection the photographs requested in Request for Production No. 1. Plaintiff's motion is denied in all other respects.

Defendant's motion to compel (Doc. #119) is granted in part and denied in part. Plaintiff shall answer Request for Admissions Nos. 1-5. Plaintiff is not required to answer Request for Admissions Nos. 6 or 7.

## CONCLUSION

Plaintiff's motion to compel (Doc. #110) is **GRANTED in part and DENIED in part**; plaintiff's motion to for extension of time (Doc. #113) **is GRANTED**; defendant's motion for extension of time, (Doc. # 115) **is GRANTED**; defendant's motion to compel (Doc. # 119) is **GRANTED in part and DENIED in part**; Motion for Angela M. Offredi to Withdraw as Attorney (Doc. #120) **is GRANTED**; plaintiff's motion to for extension of time, (Doc. #121) **is GRANTED**; defendant's motion to for extension of time (Doc. #123) is **GRANTED discovery shall be completed by July 9, 2004**.

SO ORDERED, this the 10th day of May, 2004 at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge