UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | JUNE 14, 2003 |

### DEFENDANT'S MOTION TO STRIKE THE PLAINTIFF'S
### THIRD AMENDED COMPLAINT

The Defendant, Northeast Marketing Group, L.L.C hereby moves the Court, pursuant to Federal Rule of Civil Procedure Rule 12(f) for an order to strike each additional paragraph that is included in the Third Amended Complaint that was not included in the First Amended Complaint.

The Defendant asserts that these additional paragraphs of the complaint as amended are impertinent, irrelevant, scandalous, redundant and prejudicial and, more importantly, have already been ordered by the Court to be stricken from the pleadings. The Defendant submits herewith:

       1.     A Memorandum in support of its Motion.

       2.     A copy of the First Amended Complaint

       3.     A copy of the Second Amended Complaint

4. A copy of the Third Amended Complaint.

        THE DEFENDANT

        BY: _____
        Michael S. Wrona
        Federal Bar No.: CT24105
        Parrett, Porto, Parese & Colwell, P.C.
        One Hamden Center, Suite 1D
        2319 Whitney Avenue
        Hamden, Connecticut 06518
        (203) 281-2700

## **ORDER**

The foregoing Motion having been presented, IT IS HEREBY ORDERED:

GRANTED / DENIED

        THE COURT

        BY:_____
        JUDGE/CLERK

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been mailed, postage prepaid this ___th day of June, 2004 to:

Eugene Axelrod, Esq.
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, Connecticut  06525.

                _____
                Michael S. Wrona