UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | JUNE 18, 2004 |

## DEFENDANT'S MOTION TO COMPEL
## ATTENDANCE AT DEPOSITION

The Defendant, pursuant to Federal Rule of Civil Procedure Rule 37(d), moves the Court for an Order compelling the plaintiff to attend a deposition for the purposes of answering questions related to the e-mail attached hereto as Exhibit A.

The e-mail was disclosed to defense counsel by way of letter from plaintiff's counsel dated March 5, 2004, well past the discovery deadlines set by the Court. In response, the defendant file a Motion to Modify the Court's Scheduling Order for the purposes of conducting discovery with regard to the untimely disclosed e-mail. The Court granted the defendant's Motion to Modify by Order dated May 10, 2004, which allowed the defendant to conduct additional discovery through July 9, 2004.

The defendant filed a Notice of Deposition stating that it intended to take the plaintiff's deposition on June 23, 2004. The plaintiff's law firm as informed the defendant that the plaintiff

would not be attending any deposition scheduled by the defendant. It is the position of plaintiff's firm that it is the obligation of the defendant to pay the plaintiff's travel costs and expenses associated with the deposition. Such a condition is a part of an earlier Court Order, which has nothing to do with the issue presently before the Court.

Therefore, the defendant respectfully requests an Order from the Court compelling the plaintiff to attend a deposition so that he may be asked questions relating to the e-mail attached hereto as Exhibit A. Such a request is reasonable given the untimely disclosure of the e-mail and the Court's May 10, 2004 Order which provided defendant additional time to conduct discovery.

THE DEFENDANT

BY: _____
Michael S. Wrona
Federal Bar No.: CT24105
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518
Telephone Number:  (203) 281-2700
Facsimile Number:  (203) 281-0700

## ORDER

The foregoing Motion having been heard, it is hereby, **ORDERED:**

**GRANTED   /   DENIED**.

BY THE COURT

_____
                                                                JUDGE  /  CLERK

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this \_\_\_th day of June, 2004 to: Eugene Axelrod, Esq., The Employment Law Group, 8 Lunar Drive, Woodbridge, Connecticut 06525.

_____
Michael S. Wrona
Commissioner of the Superior Court