UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN, | : | CIVIL ACTION NO: |
| | : | 3:02CV0213 (SRU) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING GROUP, | : | |
| | : | |
| Defendant. | : | July 21, 2004 |

### PLAINTIFF'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE, DATED JUNE 14, 2004, NUNC PRO TUNC

Plaintiff, by his undersigned counsel, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, for an extension of time, nunc pro tunc, to file his response to the Defendant's Motion to Strike, dated June 14, 2004. Plaintiff received Defendant's Motion to Strike on June 16, 2004, and his response would have been due on July 7, 2004. Plaintiff respectfully requests that the Court grant him a fourteen (14) day enlargement of time, nunc pro tunc, in which to file his Memorandum in Opposition, which is attached.

This is the first request for an extension of time in this matter.

Counsel for the Plaintiff has inquired of counsel for the Defendant who does not consent to this request.

Wherefore, Plaintiff respectfully requests that the Court grant the extension of time, nunc pro tunc, and allow the Plaintiff to file the attached response to the Defendant's Motion to Strike.

PDF created with pdfFactory trial version www.pdffactory.com

                                                                                                The Plaintiff,
                                                                                                Ricardo Inhan

                                                                                                By: _____
                                                                                                Eugene N. Axelrod, Esq.  (ct00309)
                                                                                                The Employment Law Group LLC
                                                                                                8 Lunar Drive
                                                                                                Woodbridge, CT  06525
                                                                                                Tel. (203) 389-6526
                                                                                                Fax (203) 389-2656

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been mailed this 21st of July, 2004, postage prepaid, to the following:

Louis M. Federici, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, Connecticut 06518

                                                                     _____
                                                                     Eugene N. Axelrod, Esq.

2

PDF created with pdfFactory trial version www.pdffactory.com