UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN, | : | CIVIL ACTION NO. 2004 JUL 20 A 10: 07 |
| | : | 3:02CV0213(GLG) U.S. DISTRICT COURT |
| PLAINTIFF, | : | BRIDGEPORT, CONN |
| | : | |
| V. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, LLC, | : | July 14, 2004 |
| | : | |
| DEFENDANT. | : | |

## PLAINTIFF'S MOTION FOR MODIFY SCHEDULING ORDER TO ALLOW ADDITIONAL DISCOVERY OF LEE-ANN LIONETTI

The Plaintiff, Ricardo Inhan, pursuant to Federal Rule of Civil Procedure Rule 16(b), moves the Court for an Order modifying the Scheduling Order entered by the Court on August 26, 2002. The reason for such request is due to his recent discovery of a document, specifically an e-mail dated September 11, 2000, written from Lee-Ann Lionetti to Byron Brewer, Jr., in which several racially disparaging statements are made about the Plaintiff and his co-worker, also a racial minority. (See email, attached hereto as Exhibit 1.) While discovery was originally to have ceased on May 8, 2003, the parties had previously requested and were granted several enlargements of time, the most recent discovery enlargement expired on December 7, 2003. In the present situation Plaintiff, while going through his belongings that were in storage from his relocation to the state of Florida, found a copy of the email, and immediately disclosed it to his undersigned counsel, who produced it to Defendant's counsel, pursuant to his continuing duty based on Defendant's First Request for Production.

In light of this e-mail document, Defendant filed a Motion to Modify Scheduling Order to Allow Additional Discovery on April 5, 2004, in which it stated that Lee-Ann Lionetti "vehemently denies producing this e-mail" and accused the Plaintiff of creating the email

himself. Defendant's Motion to Modify was "for the limited purposes of allowing the defendant the opportunity to take additional depositions and/or file additional discovery for the sole purpose of determining information related to the correspondence." (See Defendant's Motion to Modify, dated April 5, 2004.)

This e-mail is tangible evidence of the discrimination and bias claimed by Plaintiff. This e-mail goes to the fundamental issue in this case and Plaintiff would be severely prejudiced by an inability to explore the contested authenticity of this e-mail and the potential existence of other e-mails produced by Ms. Lionetti to Mr. Byron Brewer, Jr..

In light of this newly discovered email, Defendant's denial of its authenticity, and the possible existence of other e-mails going directly to the issue of discrimination in this case Plaintiff respectfully requests that the Court modify the Scheduling Order for the limited purposes of allowing the Plaintiff the opportunity to take additional depositions and/or file additional discovery.

The Plaintiff,
Ricardo Inhan


By: _____
Eugene N. Axelrod, Esq.
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
(203) 389-2656

## **CERTIFICATION**

This is to certify that, pursuant to Fed. R. Civ. P. 5(b), a copy of the foregoing has been

sent this 14th day of July, 2004 via first class mail, postage prepaid to the following:

Louis Federici, Esq.
Michael S. Wrona, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Suite 1D
Hamden, CT  06518

Eugene N. Axelrod, Esq.

3

# Exhibit 1



EXHIBIT A