UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(SRU) |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | AUGUST 10, 2004 |

### DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO RECONSIDER, NUNC PRO TUNC

The Defendant, by its undersigned counsel, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6(b) of the Local Rules of Civil Procedure for an extension of time, nunc pro tunc, to file its response to the plaintiff's Motion to Reconsider. The Court ordered that the plaintiff's response be filed on or before August 6, 2004.

The defendant's Objection to Plaintiff's Motion to Reconsider was filed on August 6, 2004, with the United State District Court in New Haven. The Objection should have been filed with the District Court in Bridgeport.

Wherefore, the defendant respectfully requests that the Court grant it a seven (7) day enlargement of time in which to file its Objection, which is attached.

                    THE DEFENDANT

                    BY: _____
                    Michael S. Wrona
                    Federal Bar No.: CT24105
                    Parrett, Porto, Parese & Colwell, P.C.
                    One Hamden Center
                    2319 Whitney Avenue
                    Hamden, CT  06518
                    (203) 281-2700

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been mailed, postage prepaid this 10th day of August, 2004 to:

Eugene Axelrod, Esq.
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

                    _____
                    Michael S. Wrona
                    Commissioner of the Superior Court