UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 4  12 11 PM '02
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RICARDO INHAN | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF, | : 3:02 CV 0213 (GLG) |
| | : |
| v. | : |
| | : |
| NORTHEAST MARKETING | : |
| GROUP LLC | : December 2, 2002 |
| | : |
| DEFENDANT. | : |

### SECOND REQUEST FOR LEAVE TO AMEND COMPLAINT

The Plaintiff, Ricardo Inhan, respectfully requests, pursuant to Fed. R. Civ. P. 15(a) that this Court grant his second leave to amend his complaint in accordance with the appended second amended complaint. In support thereof the Plaintiff files, herewith, a Memorandum In Support of Second Leave to Amend Complaint.

The Plaintiff,
Ricardo Inhan

By: _____
Michael J. Melly, Esq.
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
Ct 17841

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICARDO INHAN | : | CIVIL ACTION NUMBER: |
| PLAINTIFF | : | 302CV0213(GLG) |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST MARKETING | : | |
| GROUP, L.L.C., DEFENDANT | : | APRIL 8, 2003 |

### DEFENDANT'S MOTION TO STRIKE

The Defendant, Northeast Marketing Group, L.L.C hereby moves the Court, pursuant to Federal Rule of Civil Procedure Rule 12(f) and Local Rule of Civil Procedure Rule 9 for an order to strike each additional paragraph added to the Second Amended Complaint that was not included in the First Amended Complaint.

The Defendant asserts that these additional paragraphs of the complaint as amended are impertinent, irrelevant, scandalous, redundant and prejudicial. The Defendant submits herewith:

1. A Memorandum of Law in support of its Motion.
2. A copy of the First Amended Complaint
3. A copy of the Second Amended Complaint

EXHIBIT B

I:\Employment\NRTHEAST\Pleadings\M2strike.doc

*[Handwritten margin note:] Order: Granted. Plaintiff has still not filed opposition papers. Motion will therefore be deemed unopposed. Plaintiff is to file a complaint complying with the order to strike no later than August 5, 2003. The Court notes that the defense will founded and would likely be granted even if opposed.* 7/21/03

*[Handwritten stamp area:] 2003 JUL 21 10:20 US DISTRICT / BRIDGE[PORT]*

*[Filing stamp:] APR 17 2 50 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN. FILED*

| | | |
|---|---|---|
| | | (Rodko, R.) (Entered: 06/23/2003) |
| 06/30/2003 | 87 | RESPONSE by Northeast Mktg Group to [85-1] motion to Compel Production of Documents by Ricard Inhan, [85-2] motion for Sanctions by Ricard Inhan (Rodko, R.) (Entered: 07/01/2003) |
| 07/07/2003 | 88 | REPLY by Ricard Inhan to response to [85-1] motion to Compel Production of Documents by Ricard Inhan, [85-2] motion for Sanctions by Ricard Inhan (Depino, F.) (Entered: 07/08/2003) |
| 07/14/2003 | 89 | MOTION by Northeast Mktg Group to Modify 3/12/03 order resetting Discovery deadline to 8/8/03, re [70-1] motion to Extend Time until 8/8/03 for discovery and 12/1/03 for dispositive motion by Northeast Mktg Group (Depino, F.) (Entered: 07/15/2003) |
| 07/16/2003 | 90 | SURREPLY by Northeast Mktg Group to response to [85-1] motion to Compel Production of Documents by Ricard Inhan, [85-2] motion for Sanctions by Ricard Inhan (Rodko, R.) (Entered: 07/17/2003) |
| 07/17/2003 | 91 | MOTION by Northeast Mktg Group for Sanctions (Brief Due 8/7/03 ) (Villano, P.) (Entered: 07/17/2003) |
| 07/17/2003 | 92 | MEMORANDUM by Northeast Mktg Group in support of [91-1] motion for Sanctions (Villano, P.) (Entered: 07/17/2003) |
| 07/21/2003 | | ENDORSEMENT denying [81-1] motion for Entry of Default (Nonsuit) as to Ricard Inhan ( signed by Mag. Judge William I. Garfinkel ) (Warren, C.) (Entered: 07/21/2003) |
| 07/21/2003 | | ENDORSEMENT granting [89-1] motion to Modify 3/12/03 order resetting Discovery deadline to 8/8/03, re [70-1] motion to Extend Time until 8/8/03 for discovery and 12/1/03 for dispositive motion by Northeast Mktg Group, reset Discovery deadline to 10/7/03 , reset Dispositive Motions due by 12/31/03 ( signed by Mag. Judge William I. Garfinkel ) (Warren, C.) (Entered: 07/21/2003) |
| →  07/21/2003 | | ENDORSEMENT granting [77-1] motion to Strike [75-1] each additional paragraph added to second amended complaint that was not included in the first amended complaint by Ricard Inhan ( signed by Mag. Judge William I. Garfinkel ) (Warren, C.) (Entered: 07/21/2003) |
| 07/21/2003 | | ENDORSEMENT granting [80-1] motion to Enlarge Time until 5/23/03 to respond to motion to strike ( signed by Mag. Judge William I. Garfinkel ) (Warren, C.) (Entered: 07/21/2003) |
| 07/21/2003 | | ENDORSEMENT granting in part, denying in part [85-1] motion to |

EXHIBIT C