**UNITED STATED DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RICARDO INHAN,** | : | **CIVIL ACTION NO:** |
| | : | **3:02CV0213 (SRU)** |
| **Plaintiff,** | : | |
| | : | |
| VS. | : | |
| | : | |
| **NORTHEAST MARKETING** | : | |
| **GROUP, L.L.C.,** | : | |
| | : | |
| **Defendant.** | : | **August 16, 2004** |

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING

Pursuant to Fed. R. Civ. P. 6 (b), the Plaintiff, Ricardo Inhan, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a thirty (20) day enlargement of time, up to and including September 9, 2004, within which to file a Memorandum of Law in Opposition to Defendant's Objection to Plaintiff's Motion to Modify Scheduling, dated August 10, 2004. In support of this request the Plaintiff represents as follows:

1. Defendant filed a Motion in Objection to Plaintiff's Motion to Modify Scheduling on August 10, 2004.

2. Plaintiff's Memorandum Reply would otherwise be due on August 20, 2004.

3. Counsel requests this enlargement of time in which to file a Memorandum in reply.

4. The attorney handling this matter is on vacation up to and including August 22, 2004.

PDF created with pdfFactory trial version www.pdffactory.com

5. Counsel for Plaintiff has inquired of opposing counsel, Michael S. Wrona, Esq., who has indicated that he will not object to this request.

6. This is the first request for an extension in this matter.

        Respectfully submitted,

        The Plaintiff
        Ricardo Inhan


        By _____
        Eugene N. Axelrod, Esq.
        The Employment Law Group
        8 Lunar Drive
        Woodbridge, CT  06525
        Federal Bar No. CT00309
        (203) 389-6526

2

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this date via first class mail to the following:

Louis M. Federici, Esq.
Michael S. Wrona, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Suite 1D
Hamden, CT  06518

_____                _____

Date                                                                                           Eugene N. Axelrod

PDF created with pdfFactory trial version www.pdffactory.com