**UNITED STATED DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RICARDO INHAN,** | : | **CIVIL ACTION NO:** |
| | : | **3:02CV0213 (SRU)** |
| **Plaintiff,** | : | |
| | : | |
| VS. | : | |
| | : | |
| **NORTHEAST MARKETING** | : | |
| **GROUP, L.L.C.,** | : | |
| | : | |
| **Defendant.** | : | **August 23, 2004** |

**MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO RECONSIDER THE COURT'S ORDER GRANTING THE DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH, NUNC PRO TUNC**

Pursuant to Fed. R. Civ. P. 6 (b), the Plaintiff, Ricardo Inhan, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a thirty (20) day enlargement of time, up to and including September 9, 2004, within which to file a Memorandum of Law in Opposition to Defendant's Objection to Plaintiff's Motion to Reconsider the Court's Order granting the Defendant's Motion for Protective Order and Motion to Quash, dated August 10, 2004. In support of this request the Plaintiff represents as follows:

1. Defendant filed a Motion in Objection to Plaintiff's Motion to Reconsider the Court's Order granting the Defendant's Motion for Protective Order and Motion to Quash on August 10, 2004.

2. Plaintiff's Memorandum Reply would otherwise be due on August 20, 2004.

3. Counsel requests this enlargement of time in which to file a Memorandum in reply.

PDF created with pdfFactory trial version www.pdffactory.com

4.  The attorney handling this matter is on vacation up to and including August 22, 2004.

5.  Counsel for Plaintiff has inquired of opposing counsel, Michael S. Wrona, Esq., who has indicated that he will not object to this request.

6.  Plaintiff's first timely Motion to Extend Time to Reply, dated August 16, 2004 was returned from the court because Plaintiff mistakenly enclosed a copy of the Motion as opposed to the original.

7.  This is effectively, the first request for an extension in this matter.

Respectfully submitted,

The Plaintiff
Ricardo Inhan


By _____
Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT  06525
Federal Bar No. CT00309
(203) 389-6526

2

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this date via first class mail to the following:

Louis M. Federici, Esq.
Michael S. Wrona, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Suite 1D
Hamden, CT  06518

_____                          _____

Date                                                            Eugene N. Axelrod

PDF created with pdfFactory trial version www.pdffactory.com