UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD INHAN                             :

    PLAINTIFF,                        :        No: 302CV0213(GLG)

v.                                        :

NORTHEAST MARKETING                       :
GROUP, LLC,

    DEFENDANT.                        :        APRIL 8, 2005

### DEFENDANT'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT, SPECIAL DEFENSES AND COUNTERCLAIM

### ANSWER

### JURISDICTIONAL ALLEGATIONS

1.    The Defendant admits the jurisdictional allegations of paragraph 1.

2.    The Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

3-4.    The Defendant admits the allegations of Paragraphs 3 and 4.

5-6.    With regard to Paragraphs 5 and 6, the Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

**PARTIES**

7-9. With regard to Paragraphs 7 through 9, the Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

10. The Defendant admits the allegations of Paragraph 10.

**FACTUAL ALLEGATIONS**

11-12. The Defendant admits the allegations of Paragraphs 11 and 12.

13. The Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

14-15. The Defendant denies the allegations of Paragraphs 14 and 15.

16. The Defendant admits the allegations of Paragraph 16.

17-19. The Defendant denies the allegations of Paragraphs 17 through 19.

20-21. With regard to Paragraphs 20 and 21, the Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

22-23. The Defendant denies the allegations of Paragraphs 22 and 23.

24. The Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

25. The Defendant denies the allegations of Paragraph 25.

26-30. The Defendant admits the allegations of Paragraphs 26 through 30.

31-32. The Defendant denies the allegations of Paragraphs 31 and 32.

33. The Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

34. The Defendant denies the allegations of Paragraph 34.

35. The Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

36-40. The Defendant denies the allegations of Paragraphs 34 through 40.

**COUNT ONE**

1-40   The Defendant hereby incorporates by reference each response to Paragraphs 1 through 40.

41. The Defendant denies the allegations and every sub-paragraph of Paragraph 41.

42-45. The Defendant denies the allegations of Paragraphs 42 and 45.

**COUNT TWO**

1-40. The Defendant hereby incorporates by reference each response to Paragraphs 1-40.

41-48. The Defendant denies the allegations of Paragraphs 41 through 48.

49. The Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

50-52. The Defendant denies the allegations of Paragraphs 50 through 52.

53. The Defendant has insufficient knowledge or information with which to form a belief and therefore leaves the Plaintiff to his proof.

54-60. The Defendant denies the allegations of Paragraphs 54 through 60.

46.[1]  The Defendant denies the allegations of Paragraph 46.

## COUNT THREE

1-40. The Defendant hereby incorporates by reference each response to Paragraphs 1 through 40.

41. The Defendant admits the allegations of Paragraph 41.

42-47. The Defendant denies the allegations of Paragraphs 42 through 47.

## COUNT FOUR

1-40. The Defendant hereby incorporates by reference each response to Paragraphs 1 through 40.

41. The Defendant denies the allegations and each sub-paragraph of Paragraph 41.

42-45. The Defendant denies the allegations of Paragraphs 42 through 45.

## COUNT FIVE

1-40. The Defendant hereby incorporates by reference each and every response to Paragraphs 1 through 40.

41-45. The Defendant denies the allegations of Paragraphs 41 through 45.

---

[1] The Third Amended Complaint lists the paragraph following paragraph 60 as 46 when it should be 61. As a result, there are 2 paragraphs listed as 46 in the Second Count.

## **SPECIAL DEFENSES**

**FIRST SPECIAL DEFENSE**

The Third Amended Complaint fails to state a claim upon which relief can be granted.

**SECOND SPECIAL DEFENSE**

The Plaintiff failed to exhaust his administrative remedies at the Department of Labor with regard to his claim of hostile work environment.

**THIRD SPECIAL DEFENSE**

The Plaintiff failed to exhaust his administrative remedies at the State of Connecticut Department of Labor Employment Security Division with regard to his claims for lost wages.

**FOURTH SPECIAL DEFENSE**

The Plaintiff has not mitigated the damages which he allegedly incurred.

## **COUNTERCLAIM**

1.   Jurisdiction over this Counterclaim is invoked pursuant to 28 U.S.C. § 1367 in that the Counterclaim arose out of the plaintiff's, Ricardo Inhan, ("Inhan") federal claims.

      2.      The plaintiff on this Counterclaim and the defendant on the Complaint is Northeast Marketing Group, LLC, ("Northeast") a limited liability company with a place of business at 105 South Elm Street, Wallingford, Connecticut.

      3.      The defendant on this Counterclaim and the plaintiff on the Complaint is Ricardo Inhan, a resident of Boynton Beach, Florida.

      4.      By way of letter dated March 5, 2003, counsel for Northeast was provided, through counsel for Inhan, a copy of an e-mail dated September 11, 2000.

      5.      The e-mail purports to be from the office manager of Northeast to the President of Northeast.

      6.      The purported e-mail refers to the defendant in a derogatory manner.

      7.      The e-mail was provided to Northeast's counsel purportedly to allow Inhan to offer the document at trial in an attempt to prove his causes of action.

      8.      The defendant falsely created and forged the e-mail in an attempt to aid his causes of action.

      9.      The defendant created the e-mail with intent to defraud.

      10.      The e-mail was made falsely and the e-mail is known by the defendant to be false.

      11.      As a result of the defendant's false making and forging of the e-mail, the plaintiff has been damaged.

## PRAYER FOR RELIEF

1. Money Damages.

2. Double Damages pursuant to Conn. Gen. Stat. § 52-565.

3. Such other relief as the Court deems fair and equitable.

THE DEFENDANT

BY: _____
Michael S. Wrona
Federal Bar No.: CT24105
Parrett, Porto, Parese & Colwell, P.C.
One Hamden Center
2319 Whitney Avenue
Hamden, CT 06518
(203) 281-2700

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on the above captioned date to Attorney Eugene N. Axelrod, The Employment Law Group LLC, 8 Lunar Drive, Woodbridge, CT 06525.

_____
Michael S. Wrona