UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 27 A II: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RICARDO INHAN, | : | CIVIL ACTION NO. |
| | : | 3:02CV0213 (GLG) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| NORTHEAST MARKETING GROUP | : | |
| | : | |
| Defendant. | : | May 25th, 2005 |

### STIPULATION OF WITHDRAWAL AFTER SETTLEMENT WITH PREJUDICE

Plaintiff, Ricardo Inhan by and through his attorney stipulates to the withdrawal of the above captioned action with prejudice and without costs to either party as a result of and part of the settlement of this matter.

THE PLAINTIFF:                                   THE DEFENDANT:


By: _____                   By: _____
Eugene N. Axelrod, Esq.                          Louis M. Federici, Esq.
The Employment Law Group, LLC.                   Parrett, Porto, Parese & Colwell
8 Lunar Drive                                    One Hamden Center
Woodbridge, CT 06525                             2319 Whitney Avenue
                                                 Hamden, CT 06518

203.389.6526                                     203.281.2700
Federal Bar No.: CT00309                         Federal Bar No.: CT02374

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via regular U.S. Mail, to the following counsel of record this 27th day of May, 2005.

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525

_____
Louis M. Federici, Esq.